## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| KATHERINE E VANDAVEER,<br><br>                 Plaintiff,<br><br>vs.<br><br>DISCOVER FINANCIAL SERVICES, LLC AND<br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>                 Defendants. | Case Number: 17-CV-02709<br>JWL/GEB |

## JOINT NOTICE OF RESOLUTION AND MOTION FOR STAY PENDING ANTICIPATED STIPULATED DISMISSAL

The parties hereby notify the Court that they have recently resolved all claims in this case. In light of this resolution, and to provide time for the parties to finalize their settlement, the parties jointly move the Court to stay proceedings pending their anticipated stipulated dismissal. Since all claims have been resolved, the stay will not result in any prejudice or undue delay.

Respectfully submitted,


 _/s/ Kirsten A. Byrd_
Kirsten Byrd        KS # 19602
Sara Fevurly        KS # 27537
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone (816) 983-8384
Facsimile (816) 983-8080
Kirsten.Byrd@huschblackwell.com
Sara.fevurly@huschblackwell.com

**_Attorney for Defendant Discover Financial Services_**

_/s/ A.J. Stecklein_

A.J. Stecklein
Michael Rapp
Stecklein & Rapp Chartered
748 Ann Avenue
Kansas City, KS 66101
Telephone: (913) 371-0727
aj@kcconsumerlawyer.com
mr@kcconsumerlawyer.com

**Attorneys for Plaintiff Katherine
E. Vandaveer**


_/s/ G. Gabriel Zorogastua_

G. Gabriel Zorogastua
900 W. 48th Place, Suite 900
Kansas City, MO 64112
Telephone:  (816) 753-1000
Facsimile:  (816) 753-1536
gzorogastua@polsinelli.com

Kendall Carter
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA 30309
kcarter@kslaw.com

**Attorneys for Defendant Equifax
Information Services LLC**

## Certificate of Service

The undersigned certifies that a true and accurate copy of the foregoing was filed electronically with the Court on April 13, 2018, causing service on the following counsel of record:

A.J. Stecklein
Michael Rapp
Stecklein & Rapp Chartered
748 Ann Avenue
Kansas City, KS 66101
Telephone: (913) 371-0727
aj@kcconsumerlawyer.com
mr@kcconsumerlawyer.com

**Attorneys for Plaintiff Katherine E. Vandaveer**

G. Gabriel Zorogastua
900 W. 48th Place, Suite 900
Kansas City, MO 64112
Telephone:  (816) 753-1000
Facsimile:  (816) 753-1536
gzorogastua@polsinelli.com

Kendall Carter
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA 30309
kcarter@kslaw.com

**Attorneys for Defendant Equifax Information Services LLC**

_/s/ Kirsten A. Byrd_
**Attorney**